WM. McCOMBS Guardian *vs.* W. F. GRIFFITH and J. N. ALEX-
ANDER.

A note given in October, 1863, to a distributee upon settlement of an
estate, for an amount due in good money, is not subject to the scale of
depreciation.

Civil action on a promissory note for $659.66, given October
20th, 1863, tried before *Henry, J.,* at January Special Term,
1872, of the Superior Court of MECKLENBURG.

The evidence was that the note was given for a distributive
share due the plaintiff's ward in the estate of —— Reid, of
which the defendant Alexander was administrator; that in
1860 Alexander sold the property of his intestate, and the
defendant Griffith bought to the amount of $1,375, for which
he gave his note; that upon the settlement of the estate in
October, 1863, the balance due on Griffith's note being about
the sum due the plaintiff's ward, Griffith's note was surren-
dered to him, and he and Alexander executed the note in
question to the plaintiff.

The defendants contended that the note was liable to the
scale of depreciation, but his Honor charged otherwise, and a
verdict was returned and judgment rendered for the face of the
note and interest, whereupon the defendants appealed.

*Guion* and *Wilson,* for the plaintiff.
*Dowd,* for the defendant.

READE, J.   We agree with his Honor that the note sued on
is not subject to the legislative scale.   The presumption that
it was given for Confederate currency is rebutted by the
evidence that it was given for other consideration, *i. e.,* the
distributive share of the plaintiff's ward in the estate of his
father, which he had the right to demand in good money,

There is no error.

PER CURIAM.                  ·          Judgment affirmed.